**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM GRANDY, ALF CARLSEN AND THE ESTATE OF KURT CARLSEN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT GARROSS, WILLIAM M. GARRETT, JR., LARRY WALKER, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, THE UNITED STATES, AND DOES 1-10,<br><br>　　　　Defendants. | Case No. EDCV 14-00111-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  February 24, 2014

　　　　　　　　　　　　　　　　　*Virginia A. Phillips*
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge